

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00069-CV

———————————————

IN RE NORTHWEST INDEPENDENT SCHOOL DISTRICT, Relator

Original Proceeding
Tarrant County
Trial Court No. 153-315355-20

Before Womack, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered "Relator's Unopposed Motion to Dismiss" and is of the opinion that the petition should be dismissed. Accordingly, relator's petition for writ of mandamus is dismissed. Further, this court has considered the real parties in interests' "Motion for Clarification" and that motion is denied.

Per Curiam

Delivered:  March 16, 2020